■ In the Matter of JOSE ALMONTE, Petitioner, v JOSEPH P. SMITH, as Superintendent of Shawangunk Correctional Facility, Respondent. [986 NYS2d 373]—Proceeding pursuant to CPLR article 78 (transferred to this Court by order of the Supreme Court, entered in Ulster County) to review a determination of respondent which found petitioner guilty of violating certain prison disciplinary rules.

---

Determination confirmed. No opinion.

Peters, P.J., Stein, Garry and Egan Jr., JJ., concur. Adjudged that the determination is confirmed, without costs, and petition dismissed.